ORIGINAL

FILED
JUN 19 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DATA SYSTEMS ANALYSTS, INC.,

Plaintiff,

v.

Case No. 08-454 C
**BID PROTEST**

THE UNITED STATES,

Defendant.

**MOTION FOR LEAVE TO FILE UNDER SEAL AND FOR PROTECTIVE ORDER**

Data Systems Analysts, Inc. ("DSA"), by and through undersigned counsel, and in accordance with Appendix C, § III of the Rules of the Court of Federal Claims ("RCFC") hereby files this Motion for Leave to File Under Seal.

This procurement at issue here was the subject of a prior protest by DSA at the United States Government Accountability Office ("GAO"). The GAO issued a protective order in that matter and counsel for DSA received access to certain source selection materials relating to this procurement. The GAO eventually dismissed all protests before it concerning this procurement and the Comptroller General amended the protective order in DSA's protest to permit DSA to use any protected materials received at the GAO in filings at this Court pending the Court's issuance of its own protective order. A copy of the GAO's amended protective order is attached.

DSA's Complaint, filed concurrently herewith, contains numerous references to the protected record and necessarily contains proprietary or confidential information. A proposed redacted copy of DSA's complaint is enclosed.

**WHEREFORE**, DSA respectfully requests that the Court permit that the Plaintiff's Complaint be filed under seal and that the Court issue a Protective Order in this matter to safeguard the confidentiality of competition-sensitive or otherwise protectable information.

Date: June 19, 2008

Respectfully submitted,

By: [signature]

Holly Emrick Svetz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

Counsel for Protester Data Systems Analysts, Inc.

Of Counsel:

James J. Kearney, Esq.
James S. Kurz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2008 a copy of the foregoing Notice of Directly Related Case was served by electronic mail on the following:

*Counsel for Defendant, United States*
Kenneth David Woodrow, Esq.
Department of Justice
Civil Division, Commercial Litigation Branch
Room 11030
1100 L. Street, N.W.
Washington, D.C. 20530
National.courts@usdoj.gov

*Counsel for Intervenor Defendant, Booz Allen Hamilton, Inc.*
Marcia G. Madsen, Esq.
Mayer, Brown, et al.
1909 K Street, NW
Washington, DC 20006-1101
mgmadsen@mayerbrownrose.com

*Counsel for Intervenor Defendant, Savantage Financial Services, Inc.*
Timothy Sullivan, Esq.
Thompson Coburn, LLP
1909 K Street, NW, Suite 600
Washington, DC 20006-1167
tsullivan@thompsoncoburn.com

*Counsel for Plaintiff, Femme Comp Inc.*
Terrence Michael O'Connor, Esq.
Albo & Oblon, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
to@albo-oblon.com

*Counsel for Plaintiff, Technical and Project Engineering, LLC*
James Stephen DelSordo, Esq.
Argus Legal, LLC
9255 Center Street
Suite 307
Manassas, VA 20110
delsordo@arguslawfirm.com

Holly Emrick Svetz