FILED
JUN 19 2008
U.S. COURT OF
FEDERAL CLAIMS

ORIGINAL

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

08-454 C

In accordance with RCFC 7.1, undersigned counsel for Plaintiff, Data Systems Analysts, Inc. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Holly Emrick Svetz