ORIGINAL

FILED
JUN 19 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DATA SYSTEMS ANALYSTS, INC.,

Plaintiff,

v.

Case No. 08-454 C
**BID PROTEST**

THE UNITED STATES,

Defendant.

**NOTICE OF DIRECTLY RELATED CASE**

Data Systems Analysts, Inc. ("DSA"), by and through undersigned counsel, and in accordance with RCFC 40.2 hereby files this Notice of Directly Related Cases. Plaintiff believes that the following cases fall within the definition of directly related cases as set forth in RCFC 40.2(a)(1) because the cases are based on similar claims and these cases involve the same procurement or contract, *Femme Comp Inc. v. United States*, Case No. 1:08-cv-00409-MMS **BID PROTEST**, and *Technical and Project Engineering, LLC v. United States*, Case No. 1:08-cv-00419-MMS **BID PROTEST**.

On March 20, 2008, DSA received notice that although it was in the competitive range for the procurement, it was not chosen as one of the awardees under Request for Proposal No. W91QUZ-07-R-0007. In accordance with 15 C.F.R. § 15.506, DSA received a debriefing from the Government on April 9, 2008. Based on the information in the debriefing, DSA filed a protest concerning the Army's decision with the Comptroller General on April 21, 2008. DSA's protest was docketed as Data Systems Analysis, Inc., B-400055.6.

The Government submitted its Agency Report in this protest on May 23, 2008. DSA filed its Comments on the Agency Report and First Supplemental Protest with the GAO on June 2, 2008.

On June 5, 2008, the GAO dismissed DSA's protest in accordance with 4 C.F.R. §21.11, which states that the GAO will not consider a protest where the procurement is the subject of litigation at this Court.

Assignment of this case to Judge Sweeney and consolidation of DSA's Protest with those of Femme Comp Inc. and Technical and Project Engineering, LLC would appear to make sense and promote judicial efficiency because the records in both cases will be essentially similar, the Court will have to resolve similar issues of fact and law in both cases, and the Court's determinations concerning one protester may affect the rights of the other protester.

Date: June 19, 2008

Respectfully submitted,

By: [signature]

Holly Emrick Svetz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

Counsel for Protester Data Systems Analysts, Inc.

Of Counsel:

James J. Kearney, Esq.
James S. Kurz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2008 a copy of the foregoing Notice of Directly Related Case was served by electronic mail on:

*Counsel for Defendant, United States*
Kenneth David Woodrow, Esq.
Department of Justice
Civil Division, Commercial Litigation Branch
Room 11030
1100 L. Street, N.W.
Washington, D.C. 20530
National.courts@usdoj.gov

*Counsel for Intervenor Defendant, Booz Allen Hamilton, Inc.*
Marcia G. Madsen, Esq.
Mayer, Brown, et al.
1909 K Street, NW
Washington, DC 20006-1101
mgmadsen@mayerbrownrose.com

*Counsel for Intervenor Defendant, Savantage Financial Services, Inc.*
Timothy Sullivan, Esq.
Thompson Coburn, LLP
1909 K Street, NW, Suite 600
Washington, DC 20006-1167
tsullivan@thompsoncoburn.com

*Counsel for Plaintiff, Femme Comp Inc.*
Terrence Michael O'Connor, Esq.
Albo & Oblon, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201
to@albo-oblon.com

*Counsel for Plaintiff, Technical and Project Engineering, LLC*
James Stephen DelSordo, Esq.
Argus Legal, LLC
9255 Center Street
Suite 307
Manassas, VA 20110
delsordo@arguslawfirm.com

Holly Emrick Svetz