# In the United States Court of Federal Claims

No. 08-454 C
(Filed: June 20, 2008)

| | |
|---|---|
| DATA SYSTEMS ANALYSTS, INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On June 19, 2008, plaintiff filed a Motion for Leave to File Under Seal and For Protective Order. The court **GRANTS** plaintiff's motion for leave to file under seal.

The court will conduct a joint initial status conference with the parties in a related case, L-3 Services Inc. v. United States, No. 08-432C, pursuant to Appendix C of the Rules of the United States Court of Federal Claims, on **Monday, June 23, 2008, at 2:00 p.m.** The court will initiate the conference call at that time.

With respect to plaintiff's motion for a protective order, the court entered a protective order in Femme Comp Inc., No. 08-409C, on June 12, 2008. Therefore, the court **DEFERS RULING** upon plaintiff's motion for a protective order. Prior to the status conference, the parties shall discuss whether the protective order issued in Femme Comp Inc. is sufficient to meet the needs of this case. In addition, plaintiff shall be prepared to discuss whether it can comply with the briefing schedule set forth in the June 6, 2008 scheduling order filed in Femme Comp Inc.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge