# In the United States Court of Federal Claims

No. 08-454 C
(Filed: June 23, 2008)

***********************************
DATA SYSTEMS ANALYSTS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 19, 2008, plaintiff filed the above-captioned bid protest. This protest arises from the same procurement at issue in another case filed previously in this court, Femme Comp Inc., No. 08-409C. Pursuant to RCFC 42(a), the clerk is directed to consolidate this case with the previously filed matter, No. 08-409C. All future filings shall be made in case number 08-409C, and shall bear the following caption:

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., and DATA SYSTEMS ANALYSTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC.,<br><br>Defendant-Intervenors. | Nos. 08-409C, 08-419C, 08-432C, and 08-454C<br>Judge Margaret M. Sweeney |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge